IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LUCAS CRANOR, )
)
    Plaintiff, )
)
v. ) No. 4:18-cv-00621-DGK
)
SKYLINE METRICS, LLC, )
d/b/a ONCEDRIVEN, )
)
    Defendants. )

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's motion for default judgment (Doc. 14). Judgment against Defendant in the amount of $4,500 for knowingly and willful violations of the TCPA and $890 in costs and fees, for a total of $5,390.

 October 3, 2019                       Paige Wymore-Wynn
Dated                                     Clerk of Court

 October 7, 2019                       /s/ Tracy Strodtman
Entered                                   (by) Deputy Clerk